# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 1010

VERSUS

BRUCE CONLEY                                          **JANUARY 18, 2024**

---

In Re:    Bruce Conley, applying for supervisory writs, 16th
          Judicial District Court, Parish of St. Mary, No. 2017-
          199615.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

                              JMG
                              WRC
                              WIL


COURT OF APPEAL, FIRST CIRCUIT

*[signature]*
DEPUTY CLERK OF COURT
     FOR THE COURT